IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA CONTRERAS, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:23-cv-00536-N |
| | § | |
| QT SOUTH, LLC AND QUICKTRIP CORPORATION | § § | |
|     Defendants. | § | JURY DEMANDED |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following persons have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Maria Contreras** – Plaintiff

**Jorge E. Jasso** – Attorney of record for Plaintiff

**Law Office of Trujillo & Sanchez, PC** – Law firm of Plaintiff's counsel

**QT South LLC** – Defendant

**QuickTrip Corporation** – Defendant

**QuikTrip Corporation** – Real-Party-in-Interest (but non-party)

**B. Kyle Briscoe and Rob Wright** – Attorneys of record for Defendants

**Peavler|Briscoe** – Law firm of Defendants' counsel

Respectfully submitted,

/s/ Rob Wright

**B. Kyle Briscoe**
Attorney-in-charge
State Bar No. 24069421
kbriscoe@peavlerbriscoe.com
**Rob Wright**
State Bar No. 24034184
rwright@peavlerbriscoe.com
**PEAVLER|BRISCOE**
2215 Westgate Plaza
Grapevine, Texas 76051
214-999-0550 (telephone)
214-999-0551 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in this case pursuant to and in accordance with the Federal Rules of Civil Procedure on March 10, 2023.

/s/ Rob Wright
Rob Wright

- 2 -